**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1492**

———————

SUSAN P. BARON,

Plaintiff - Appellant,

versus

SHULMAN, ROGERS, GANDAL, PORDY & ECKER,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J. Frederick Motz, Chief District Judge.
(CA-97-153-JFM)

———————

Submitted:  October 20, 1999      Decided:  November 10, 1999

———————

Before NIEMEYER and KING, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Paul F. Evelius, WRIGHT, CONSTABLE & SKEEN, L.L.P., Baltimore,
Maryland, for Appellant.  Glenn M. Cooper, Hope B. Eastman, David
M. Rothenstein, PALEY, ROTHMAN, GOLDSTEIN, ROSENBERG & COOPER,
CHARTERED, Bethesda, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Susan P. Baron appeals a district court order granting summary judgment to her employer, Shulman, Rogers, Gandal, Pordy & Ecker, P.A. ("Employer"), in her action, filed pursuant to the Americans with Disabilities Act, in which she raised a discriminatory discharge claim, a retaliatory discharge claim, and an abusive discharge claim. She further appeals the district court's denial of her Fed. R. Civ. P. 59(e) motion.

We have reviewed the formal briefs and the district court's well-reasoned opinion and find no abuse of discretion in the district court's evidentiary rulings and its denial of Baron's Rule 59(e) motion, and no reversible error in its grant of summary judgment to Employer on all claims. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED